IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DAVID BRIAN MOORE,

      Appellant,

  v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1287
LT Case No. 2021-MM-046640-A

_____/

Decision filed May 30, 2023

Appeal from the County Court
for Brevard County,
Aaron Peacock, Judge.

Matthew J. Metz, Public Defender,
and Edward J. Weiss, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., and Stephen Putnam, Assistant
Attorneys General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., and MAKAR and EDWARDS, JJ., concur.